## SMITH *v.* JONES.

GILBERT, J. " A paper purporting to be a bill of exceptions, properly certified by the trial judge, but not signed by the plaintiff in error or his counsel, is not a legal bill of exceptions," and this court has no jurisdiction of the case. " It appearing that this court has no jurisdiction, it will dismiss such writ of error of its own motion." *Lott* v. *City of Waycross,* 152 *Ga.* 237 (110 S. E. 217).

*Writ of error dismissed. All the Justices concur.*

No. 3568. APRIL 11, 1923.

Equitable petition. Before Judge Wright. Floyd superior court. October 28, 1922.

*M. B. Eubanks,* for plaintiff in error.

*F. W. Copeland,* contra.